**Anthony BADU, Plaintiff–Appellant,**

v.

**Richard O. BROADWELL, III; Nurse K. Hull; Nurse M. Gaskill, Defendants–Appellees.**

No. 14–7277.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 20, 2014.

Decided: Nov. 25, 2014.

Anthony Badu, Appellant Pro Se. Kelly Street Brown, Elizabeth Pharr McCullough, Young Moore & Henderson, PA, Raleigh, North Carolina; Joseph Finarelli, Assistant Attorney General, Jodi Harrison, North Carolina Department of Justice, Raleigh, North Carolina, for Appellees.

Before KING and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Badu appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Badu v. Broadwell,* No. 5:11–ct–03192–F (E.D.N.C. Aug. 18, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*